IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS G. EHR<br><br>Defendant. | 1:25-CR-92 (CKK) |

## **ORDER**

Now before this Court is the consent motion of the United States to amend the defendant's Release Order. Upon consideration, the motion is GRANTED, and it is hereby

ORDERED that the Release Order shall be amended to explicitly state that the defendant may travel to his home in Brazil and remain there pending sentencing.

Date: 4/25/2025

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE