IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

THOMAS G. EHR,                                      1:25-CR-00092 (CKK)

Defendant.

## CONSENT MOTION TO CONTINUE STATUS HEARING

The United States, by and through the undersigned attorneys, with the consent of Defendant's counsel Michelle Peterson, Esq., respectfully moves the Court to request a continuance of the upcoming status hearing in this matter currently scheduled for April 10, 2026, at 10:30 a.m.  In lieu of a status conference, the parties propose that on May 5, 2026, the parties submit a joint status report regarding whether Defendant's sentencing is to be scheduled or held in further abeyance.  In the event that the parties propose moving forward with sentencing, the status report will include a proposal for sentencing dates and schedule.

Respectfully submitted,

By:    /s/ Ezra Spiro
Ezra Spiro (NY Bar No. 5291838)
Trial Attorney
Criminal Division, Tax Unit

Sarah C. Ranney (NY Bar No. 5050919)
Assistant United States Attorney
U.S. Attorney for the District of Columbia
601 D Street N.W.
Washington, D.C. 20579
Sarah.ranney@usdoj.gov
(202) 252-7051