IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

THOMAS G. EHR,                                         1:25-CR-00092 (CKK)

Defendant.

## STATUS REPORT

The United States, by and through the undersigned attorneys, has conferred with Defendant's counsel Michelle Peterson, Esq. and respectfully files this status report pursuant to the Court's April 8, 2026, Minute Order.

The parties respectfully request that Defendant Ehr's sentencing date be set and propose a sentencing date in January 2027 to allow for preparation of the Presentence Report. The parties are available except for January 15 and 19.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By        */s/ Sarah C. Ranney*
Sarah Ranney (NY Bar No. 5050919)
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
Office: (202) 252-1071