**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES,

v.

THOMAS G. EHR,
Defendant,

25cr00092 (CKK)

ORDER

It is this 7th day of May 2026,

ORDERED that the United States Probation Office shall finalize and file the Presentence Report for Thomas G. Ehr by no later than November 30, 2026; that the Government's Memorandum in Aid of Sentencing shall be filed by no later than December 14, 2026; and that Defendant's Memorandum in Aid of Sentencing shall be filed by no later than December 28, 2026; and it is further

ORDERED that the Sentencing of Defendant Thomas Ehr shall be held on Wednesday, January 13, 2027, at 10:00 a.m. in Courtroom 28A in the Annex.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE