**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **25-cr-92 (CKK)** |
| | ) | |
| **THOMAS EHR** | ) | |

**UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS TO PERMIT
MR. EHR TO RELOCATE FROM SPAIN TO LONDON**

Mr. Ehr respectfully requests that the Court modify his conditions of release to permit him to move with his family from Spain to London until his sentencing in this case which is scheduled for January 13, 2027. He will be residing with family and has provided the address to pretrial services and counsel has shared the address with government counsel.  Mr. Ehr is in complete compliance with his release conditions, which are the standard conditions of release plus weekly phone check-ins with pretrial services. He was allowed to return to Brazil, and then to Spain after entering his guilty plea and there does not appear to be a requirement that he seek court approval to move, but in an abundance of caution, we are doing so. The government has no objection to the request.

Respectfully Submitted,

A.  J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
MICHELLE PETERSON
First Asst Federal Public Defender

1

625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext 5125
Shelli_Peterson@fd.org