**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **25-cr-92 (CKK)** |
| | ) | |
| **THOMAS EHR** | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

In light of the continuance of Mr. Edelman's sentencing, the defense requests a continuance of Mr. Ehr's sentencing to a date after February 26, 2027, and a continuance of the date for the final PSR to be produced and sentencing memos filed concomitant with the continuance of the sentencing date. The government has no objection to the request.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

______/s/____________________
MICHELLE PETERSON
First Asst Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext 5125
Shelli_Peterson@fd.org